No. 626. STERRETT, ADMINISTRATOR, DEPARTMENT OF PUBLIC WELFARE OF INDIANA, ET AL. *v.* GRUBB ET AL. Motion of appellee Grubb for leave to proceed *in forma pauperis* granted. Affirmed on appeal from D. C. N. D. Ind. MR. JUSTICE BLACK and MR. JUSTICE HARLAN dissent. They are of the opinion that probable jurisdiction should be noted and the case set for oral argument.

No. 5697. HERRING *v.* R. L. MATHIS CERTIFIED DAIRY Co. ET AL. Appeal from Sup. Ct. Ga. dismissed for want of a substantial federal question.

No. 5724. PORTER ET AL. *v.* NEW YORK. Appeal from App. Term, Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 508. CALIFORNIA *v.* PINKUS. C. A. 9th Cir. Certiorari granted and judgment affirmed by an equally divided Court. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition.